RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  11 / 2 / 06
BY  DM

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERIC D. FORD<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 99-50101-06<br><br>USM Number: 10477-035<br><br>Betty Marak<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]  admitted guilt to allegations listed in the Petition filed by the Probation Office on October 16, 2006. The Court finds that in accordance with the U.S. Sentencing Guidelines Manual, the defendant has committed Grade B violations of his supervised release. Accordingly, the three-year term of supervised release ordered on June 8, 2000 is hereby revoked.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 11/2/06
BY: DM
TO: USM > 3 cert.
    USP > 3 cert.

October 26, 2006
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

November 2, 2006
Date

5

DEFENDANT:     ERIC D. FORD
CASE NUMBER:   99-50101-06

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___  [ ] a.m.  [ ] p.m.  on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                               _____
                                                    UNITED STATES MARSHAL

                                               By _____
                                                   DEPUTY UNITED STATES MARSHAL